

**COM.**

v.

**EVANS, J.**

**3484 EDA 2016**

Superior Court of Pennsylvania.

08/25/2017

CP–48–CR–0000642–2011 (Northampton)

Affirmed

**COM.**

v.

**SULLIVAN, J.**

**13 EDA 2017**

Superior Court of Pennsylvania.

08/25/2017

CP–64–CR–0000314–2016 (Wayne)

Affirmed

**COM.**

v.

**ZORGER, D.**

**167 EDA 2017**

Superior Court of Pennsylvania.

08/25/2017

CP–09–CR–0001811–2016 (Bucks)

Affirmed

**COM.**

v.

**SULLIVAN, J.**

**3871 EDA 2016**

Superior Court of Pennsylvania.

08/25/2017

CP–64–CR–0000307–2016 (Wayne)

Affirmed

**IN the INTEREST OF J.V.F., a Minor**

**424 EDA 2017**

Superior Court of Pennsylvania.

08/25/2017

CP–51–AP–0001212–2016 (Philadelphia)

Affirmed

